

Terria McKnight
4 State Route 339, Space#15
Yerington Nevada 89447
(775)781-3390
McKnightterria@gmail.com

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 14 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TERRIA MCKNIGHT,

        Plaintiff,

vs.

TESLA MOTORS INC.,

        Defendant

3:18-cv-00220

CIVIL RIGHTS COMPLAINT

### I.   INTRODUCTION

This is an action to obtain Damages for the violation of Plaintiff's Constitutional Rights and other rights actionable under 42 U.S.C.1983. Federal Rule of Civil Procedure 8(a)(2) requires only "a short and Plain statement showing that the pleader is entitled to relief." In order to give the defendant fair notice of the claim is showing that the pleader is entitled to relief.

### II.   JURISDICTION

This court has Jurisdiction pursuant to 28 U.S.C 1331 and 1343.

### III.   COUNTS

Violation of Constitutional Due Process
Hostile Work Environment
42 U.S.C. 1983
Violation of Pre-Mature Garnishment law
Violation of rule 7004. Process; service of summons, complaint

CIVIL RIGHTS COMPLAINT - 1

## IV.   PARTIES

Terria McKnight at all relevant times to this complaint was a resident in Lyon County Nevada.

Tesla, Inc. is an American multinational corporation that specializes in electric vehicles, energy storage and solar panel manufacturing based in Palo Alto, California. Founded in 2003, the company specializes in electric cars, lithium-ion battery energy storage, and residential photovoltaic panels. The additional products Tesla sells include the Tesla Powerwall and Powerpack batteries, solar panels and solar roof tiles.

## V.   NATURE OF THE CASE

On or about 1/2018 Plaintiff was hired with Tesla as a Production Associate.

On or about 3/14/2018 Plaintiff file a complaint with the Defendant Human Resources department due to a hostile work environment and defamatory emails being sent about the plaintiff by employees and there was no response.

Just days into my employment One of the Managers came over to me and accused me of being on the phone and stated that there was cellphone use while on the line. Plaintiff was not on the phone. And also, plaintiff was instructed during orientation that cellphones are used to contact mangers or leads and listen to music. In this same day this manager came to me about the line being down for 10 minutes he stood there and berated me about the line being down instead of telling me what I did wrong and teaching me how to do the job properly.

There was a day plaintiff was required to work mandatory overtime. Plaintiff had the flu and came to work. During the startup meeting I was trying to explain that I was sick and

CIVIL RIGHTS COMPLAINT - 2

was asking can I please work in the back so, That I didn't contaminate the other workers. In front of both supervisors Plaintiff was degraded while the manager and supervisor just stood there.

On or about 4/27/2018 there was a garnishment of my wages. The payroll department did not alert me of the garnishment until after it was paid.

On or about 5/1/2018 Elon Musk visit his plat and employees were expected to run over 1,000 battery modules this night. An Engineer felt this was his opportunity to attempt to cause problems for the plaintiff. The plaintiff is responsible for keeping the machine filled with terminals for the robot to pick up. The engineer wanted plaintiff to inspect trays before putting them into the machine. The issue was that this was a very busy night, and this would have very difficult for me to do. Also, I was just one person and they had a team of people called decanter that check the trays and instead of him going to them he came to me. When I tried to explain about the decanting team. He became upset and when and got an executive to come to me and question plaintiff about what happened. where the materials supervisor got called. This incident cause Plaintiff such nervousness because Plaintiff believe that she was going to lose her job that she urinated on herself. Plaintiff had to go home early that shift. The chain of command is that he was to go to my manager then have my manager informed then the manager would instruct me further. The manager is aware that there is a decanting team.

Plaintiff believe that this engineers problem with her stemmed from a defamatory email that went out from the other engineers and Human Resources never addressed the situation which made me a target. From the engineering team.

CIVIL RIGHTS COMPLAINT - 3

On or about 5/7/2018 the UV machine broke, and I attempted to fix this, and the issue is that there are machines there with no instruction, Manuals So I was asked to Go to Victoria, who is and head engineer of Area 1, to get training on the UV pails and the attached computer. When I went to do this, she was speaking so fast I could not take notes and she positioned herself towards the maintenance guys and ignored me, So I just politely left and explained to Kevin what happened. There was no instruction to go by. There have never been verbal instructions on how to work a machine which is computerized and came with a manual. Victoria gave verbal instruction because she did not want anyone else to learn to be effective as a form of job security for herself, which made it difficult for me to fix things when I had to work this area.

On or about 5/9/2018 Plaintiff resigned due to the stressful working conditions. When machines break engineers use this as opportunity to make me feel like an idiot when there is no clear instruction on how things should be done, and Plaintiff got tired of being belittled. Plaintiff had hope that Human Resources would have responded to investigate the matter, but this did not happen. Many of the maintenance and engineer staff behave as tyrants and this just to much for the Plaintiff. Plaintiff understand that things will go wrong but being mistreated and bullied should not be part of my employment package

## VI.   CAUSE OF ACTION

### A. VIOLATION OF DUE PROCESS

Amendment XIV
Section 1.
All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are

CIVIL RIGHTS COMPLAINT - 4

citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

Plaintiff property was her wages which were garnished without due process of the law. Plaintiff also denied the liberty of a peaceful working environment by defendant not investigating complaint.

## B. HOSTILE WORK ENVIROMENT

See Harris v. Forklift Sys., Inc., 510 U.S. 17, 21 (1993) ("When the workplace is permeated with discriminatory intimidation, ridicule, and insult, that is sufficiently severe or pervasive to alter the conditions of the victim's employment and create an abusive working environment, Title VII is violated.") (internal quotation marks and citations omitted); Woods v. Graphic Comm'ns, 925 F.2d 1195, 1200 (9th Cir. 1991) ("Courts have long recognized that a workplace in which racial hostility is pervasive constitutes a form of discrimination.").

An employer may be held liable for creating a hostile work environment either vicariously (i.e., through the acts of a supervisor) or through negligence (i.e., failing to correct or prevent discriminatory conduct by an employee). McGinest, 360 F.3d at 1119

Plaintiff believe that she should be entitled to relief because not addressing Human Resources Complaint allowed the hostility to continue and just meeting and investigating could have sent a message that the company did not tolerate the conduct and could encouraged better behavior. And maybe better working relationships. This cause plaintiff to be put on high blood pressure medicine and triggered depression. The job Plaintiff loved she no longer found joy in due to feeling like she had to watch her back due to the unjust targeting. And to know that HR could careless about what was happening made my depression worse Plaintiff had to force herself to speak to people that she found pleasure in seeing every day. Plaintiff called off because just the thought of facing these people made her muscles ache and depressed her.

## C.42 § U.S.C.1983

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

CIVIL RIGHTS COMPLAINT - 5

This matter, brought pursuant to 42 U.S.C. § 1983, seeks Punitive and Declaratory relief in response to violations by the above-named Defendants of the Fourteenth Amendment. Under 42 U.S.C. § 1983, the Plaintiffs are entitled to injunctive and prospective relief prohibiting the Defendants from violating their rights, privileges, or immunities under federal law. By allowing the conduct of these employees this deprived the plaintiff of a no hostile working environment. Not having clear training manuals gave these employees the opportunity to degrade and berate. Plaintiff when the opportunity came. For example, a module was stuck in the air Plaintiff was taught that when this happens abort the sequence and restart the process. The engineer came over and stated it should have been common sense not to abort the sequence. She Called Kevin my manager over and degraded me to him and he tried to calm her down she just was very upset. This was the same woman that when the line stop running sent a mass email out to everyone and came to me waving her hands as if she wanted to fight me.

## C. PREMATURE GARNISHMENT

Under the 9th JOHN SILK v. METROPOLITAN LIFE INSURANCE COMPANY; et al. .After MetLife had paid Silk's claim for "own occupation" LTD benefits and had agreed to consider Silk's claim for "any occupation" LTD benefits, MetLife filed a motion to dismiss.  MetLife asserted that, as a result of these actions, Silk's claim for "own occupation" LTD benefits was moot and his claim for "any occupation" LTD benefits was premature because he had not exhausted his ongoing administrative remedies.  The district court agreed and dismissed Silk's law suit.

 **Nevada Revised Statutes 31.270 – Service of writ; tender of garnishee's fees** The writ of garnishment shall be served by the sheriff of the county where the garnishee defendant is found, unless the court directs otherwise, in the same manner as provided by rule of court or law of this state for the service of a summons in a civil action.

Plaintiff believes is entitled to relief under 42 U.S.C 1983 The 9th circuit states that those wages should not been paid because Plaintiff did not have the opportunity to exhaust administrative remedies and on the document that was sent to the company was not my address,

CIVIL RIGHTS COMPLAINT - 6

so the writ of garnish was not served by the sheriff in Lyon County Nevada where the garnishee who is the Plaintiff is found.

### D.  VIOLATION OF RULE 7004. PROCESS; SERVICE OF SUMMONS, COMPLAINT

(b) Service by First Class Mail. Except as provided in subdivision (h), in addition to the methods of service authorized by Rule 4(e)–(j) F.R.Civ.P., service may be made within the United States by first class mail postage prepaid as follows: (1) Upon an individual other than an infant or incompetent, by mailing a copy of the summons and complaint to the individual's dwelling house or usual place of abode or to the place where the individual regularly conducts a business or profession.

Under this standard plaintiff should be entitled to relief that company has a legal department and garnishments should have been sent to company's lawyers to ensure not rights violations. The company will hire security to protect my car from being stolen but companies can circumvent the law and take Plaintiffs wages. Again, the address on the document was not the same as the address in plaintiff's employee file this should have sent a red flag to not honor the garnishment. Or to alert the plaintiff of what was happening to rectify the situation.

### E.  Conclusion

Plaintiff should be entitled to relief because due to conduct of these employee's plaintiff was forced to resigned and the Plaintiff made the company aware of the situations and nothing was done. The company has a legal department that should have been protecting the interest of employees by not allowing wages to be withheld illegally. Plaintiff has been stressed and blood pressure has been elevated and now due to the hardship of this garnish the company has allowed.

Respectfully Dated this 11TH of May, 2018.

Terria McKnight, Plaintiff

CIVIL RIGHTS COMPLAINT - 7

I certify that I am the Plaintiff in the above Complaint and that on this day I personally served a copy of the attached document via U.S. Mail addressed to the following:

CLERK OF U.S. DISTRICT COURT
400 South Virginia Street Ste.301
Reno Nevada 89501

*Terria McKnight*

TERRIA McKnight

CIVIL RIGHTS COMPLAINT - 8