UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERRIA MCKNIGHT,<br><br>　　　　　　　Plaintiff,<br>　v.<br>TESLA MOTORS INC.,<br><br>　　　　　　　Defendant. | Case No. 3:18-cv-00220-MMD-WGC<br><br>ORDER |

This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. (ECF No. 14.) This Court certifies that any *in forma pauperis* appeal from its order of dismissal would be frivolous or would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). Plaintiff's *in forma pauperis* status should be revoked on appeal. *See Hooker v. American Airlines,* 302 F.3d 1091, 1092 (9th Cir. 2002) (holding that revocation of forma pauperis status is appropriate where district court finds the appeal to be frivolous).

DATED THIS 9th day of October 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE